# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SRINI KRISH, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**D.R. BALASUBRAMANIAM,**<br><br>**Defendant.** | 1: 06-cv-01030 OWW TAG<br><br>**ORDER GRANTING**<br>**EX PARTE APPLICATION**<br>**FOR EXTENSION OF TIME**<br><br>(Doc. 21) |

This is a civil action concerning a contract for the sale of real property located in Coimbatore, India.

On November 9, 2006, Defendant G.R. BALASUBRAMANIAM filed an ex parte application for an extension of time to serve and file a compulsory counterclaim and an answer, along with a supporting declaration. (Doc. 21). On November 13, 2006, Plaintiff SRINI KRISH filed an opposition to Defendant's ex parte application, along with supporting declarations. (Doc. 23).

The application has been referred to the undersigned Magistrate Judge for consideration. The Court has read and considered the application, the opposition, and each declaration, and concludes that good cause exists to grant the ex parte application, as set forth below.

According, and GOOD CAUSE having been presented to the Court, the Court makes the following orders:

///

///

1.   Defendant's Ex Parte Application for Extension of Time to Serve and File Compulsory Counterclaim and Answer (Doc. 21) is GRANTED, but only to Wednesday, November 22, 2006.

2.   Defendant shall have through and including Tuesday, November 22, 2006, to file and serve his answer to the complaint, and any compulsory counterclaim.

IT IS SO ORDERED.

Dated:   **November 14, 2006**                         **/s/ Theresa A. Goldner**
**j6eb3d**                                             UNITED STATES MAGISTRATE JUDGE

2