1 | Steve Karcher, Esq.; SBN 140051
Adam Sullivan, Esq.; SBN 234581
2 | ERICKSEN, ARBUTHNOT, KILDUFF,
      DAY & LINDSTROM, INC.
3 | 1830 Truxtun Ave., Ste. 200
Bakersfield, CA  93301
4 | Telephone No.:  (661) 633-5080
Facsimile No.:   (661) 633-5089
5 |
Attorneys for Defendant,
6 | G.R. Balasubramaniam

7 |

8 |                     UNITED STATES DISTRICT COURT

9 |        EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD DIVISION

10 |

11 | **SRINI KRISH, AN INDIVIDUAL,**                )    Case No. 1:06-CV-01030-OWW-TAG
                                                   )
12 |            **Plaintiff,**                      )    **ORDER GRANTING**
                                                   )    *EX PARTE* **APPLICATION FOR**
13 | **v.**                                         )    **EXTENSION OF TIME TO SERVE AND**
                                                   )    **FILE COMPULSORY COUNTER-**
14 | **G.R.BALASUBRAMANIAM, an**                    )    **CLAIM AND ANSWER**
**individual, and DOES 1 through 10,**             )
15 |                                                )
                                                   )
16 |            **Defendants'.**                    )    **JUDGE OLIVER W. WANGER**
                                                   )

17 |

18 |        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: The *Ex Parte*

19 | Application of Defendant, Dr. Balasubramaniam ("Dr. Bala"), extending the time in which to file

20 | a compulsory counter-claim and answer.

21 |        The Court having reviewed the moving papers, and good cause appearing therefore, hereby

22 | grants the *Ex Parte* application of Defendant, Dr. Balasubramaniam, as follows:

23 |        1.        That the *ex parte* application is granted;

24 | //

25 | ///

26 | ///

27 | ///

28 | //

//

*[Proposed Order] Granting EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AND SERVE CROSS-COMPLAINT*

1

1    2.    The Defendant shall have though and including November 22, 2006 (OWW), to file

2          and serve his Answer to the Complaint and any compulsory counter claim.

3

IT IS HEREBY ORDERED.

4

5    Dated: 11/14/06                    /s/ Oliver W. Wanger
                                        U.S. FEDERAL COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---