William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
G.R. BALASUBRAMANIAM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT - BAKERSFIELD DIVISION

| | |
|---|---|
| SRINI KRISH, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>G.R. BALASUBRAMANIAM, an individual and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.  1:06-CV-01030-OWW-TAG<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PURSUANT TO COMMON LAW DOCTRINE OF FORUM NON CONVENIENS**<br><br>Date:　　　March 26, 2007<br>Time:　　　10:00 a.m.<br>Courtroom: Three (3) |

　　　The Parties having so stipulated and agreed, and good cause appearing therefore, it is hereby Ordered that the hearing on Defendant's Motion to Dismiss Pursuant to Common Law Doctrine of *Forum Non Conveniens* currently on calendar for March 26, 2007, shall be, and hereby is, continued to April 9, 2007, at 10:00 a.m. in Courtroom 3.

Dated:  1/22/ 2007　　　　　　　　　　　　　/s/ Oliver W. Wanger_____
　　　　　　　　　　　　　　　　　　　　　　　Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1053819.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
PURSUANT TO COMMON LAW DOCTRINE OF FORUM NON CONVENIENS

PDF created with pdfFactory trial version www.pdffactory.com