1   William H. Littlewood, # 202877
Stephen P. Drobny, # 222929

2   McCormick, Barstow, Sheppard,
Wayte & Carruth LLP

3   P.O. Box 28912
5 River Park Place East

4   Fresno, CA  93720-1501
Telephone:   (559) 433-1300

5   Facsimile:   (559) 433-2300

6   Attorneys for Defendant
G.R. BALASUBRAMANIAM, an individual

7

8                 UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT - BAKERSFIELD DIVISION

10

11   SRINI KRISH, an individual,       Case No.  1:06-CV-01030-OWW-TAG

12          Plaintiff,       **ORDER DISMISSING CASE**

13   v.

14   G.R. BALASUBRAMANIAM, an
individual and DOES 1 through 10,

15   inclusive,

16          Defendant.

17

18      In light of the Stipulation of the Parties, and good cause appearing thereof, it is hereby

19 ORDERED, ADJUDGED AND DECREED THAT:

20      1.     Case No. 1:06-CV-01030-OWW-TAG is dismissed in its entirety, as to all

21 parties (including unnamed DOE defendants), claims and counterclaims, *with prejudice*.

22      2.     Each party shall bear his own costs, attorneys' fees and other fees incurred in

23 connection with this action.

24      **IT IS SO ORDERED.**

25

26 Dated: 8/14/2007      ____/s/ Oliver W. Wanger_____
                     OLIVER W. WANGER

27              United States District Court Judge for the
                   Eastern District of California

28   07905/00000-1125203.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

                 ORDER DISMISSING CASE

PDF created with pdfFactory trial version www.pdffactory.com